**Motion Granted and Order filed March 15, 2016**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-00561-CR
NO. 14-15-00562-CR
_____

**AUGUSTIN C. GUTIERREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 178th District Court
Harris County, Texas
Trial Court Cause Nos. 1407147 and 1407148**

---

## ORDER

Appellant filed a motion to seal State's Exhibit 63, the Presentence Investigation Report, contained in volume 7 of the reporter's record filed by Tammy L. Adams. *See* Tex. R. App. P. 9.10.

The motion is GRANTED and the following order is entered. *See* Tex. Code Crim. Proc. art. 42.12 §9(j). Volume 7 of the reporter's record is stricken and the reporter, Tammy L. Adams, is ordered to re-file volume 7 under seal within 15

days of the date of this order.


PER CURIAM